# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>   v.<br><br>FORESTAR GROUP INC., PHILLIP J. WEBER, JAMES A. RUBRIGHT, DANIEL B. SILVERS, RICHARD M. SMITH, M. ASHTON HUDSON, and RICHARD D. SQUIRES,<br><br>             Defendants. | Case No. 1:17-cv-00779-LPS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses, without prejudice, the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 26, 2017

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*

- 2 -

*Counsel for Plaintiff*

Case 1:17-cv-00779-LPS   Document 10   Filed 07/26/17   Page 2 of 2 PageID #: 34

- 2 -

*Counsel for Plaintiff*